**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**



FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Action No. 4:07cr60 |
| **RODNEY WILLIAMS,** | |
| Defendant. | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT and NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 2 of a three (3) count Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for June 3, 2008 at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

Norfolk, Virginia

April 1, 2008

/s/
Walter D. Kelley, Jr.
United States District Judge